

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00132-CR

| | | |
|---|---|---|
| David Rodriguez | § | From the 371st District Court |
| | § | of Tarrant County (1339987D) |
| v. | § | August 13, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.


SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
     Justice Bonnie Sudderth